IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | CIVIL 16-00219 DKW-KSC |
| ) | |
| Plaintiff, ) | ORDER ADOPTING |
| ) | MAGISTRATE JUDGE'S |
| vs. ) | FINDINGS AND |
| ) | RECOMMENDATION |
| HERBERT ANTOLIN; ) | |
| STEPHANIE ANTOLIN; KAHELE ) | |
| KOKI; DEPARTMENT OF ) | |
| TAXATION - STATE OF HAWAII; ) | |
| SOLARCITY CORPORATION; ) | |
| DOES 1 THROUGH 20, ) | |
| INCLUSIVE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on August 9, 2016 and

served concurrently  upon those counsel of record who are registered participants

of CM/ECF, and served on August 10, 2016 by First Class Mail to the address of

record for those participants who are not registered to receive electronic

notifications,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO REMAND ACTION," docket entry no. 14,  are

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 29, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_Wells Fargo Bank, N.A., v. Herbert Antolin, et al._; Civil No. 16-00219 DKW-KSC;
**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**